**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| PATRICK GRAY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:26-cv-02001-SHL-atc |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) LLC, ) | |
| Defendant. ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed January 2, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal as to Equifax Information Services, LLC (ECF No. 14), filed April 1, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 1, 2026
Date